UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FATWALLET, INC.,

                      Plaintiff,                            ORDER

                            v.                                    Case No. 12-cv-12-wmc

ANDREW CHIU, an individual and
ALLEN CHIU, a/k/a Alan Chiu, an
individual,

                    Defendants.

---

      The court having been advised by counsel that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

      Entered this 22nd day of May, 2013.

                                                          William M. Conley
                                                          District Judge